UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>FOR AND ON BEHALF OF THE<br>GOVERNMENT OF NEW ZEALAND<br><br>        Applicant,<br><br>        v.<br><br>ALL FUNDS HELD ON BEHALF OF LIANG<br>HAN SHIH IN AN ACCOUNT IN THE NAME<br>OF KNOW-ALL GROUP LIMITED AT<br>FC STONE FOREX LLC, ACCOUNT NO.<br>FCFX150<br><br>        Respondent. | Misc. No.: 07-MC-270 |

## ORDER

This matter having come before this Court on the *ex parte* application of the United States of America for an order vacating the previously issued restraining order, and

IT APPEARING TO THE COURT THAT:

1. Liang Hahn Shih has died and his New Zealand criminal prosecution has terminated; and

2. The New Zealand restraining order that formed the basis of this Court's June 27, 2007 restraining order expired on August 12, 2008;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The June 27, 2007, Order of this Court restraining the assets of Liang Hahn Shih and Know-All Group Limited at FC Stone Forex LLC, Account No. FCFX150 is hereby vacated without prejudice; and

2.      The United States, may serve a copy of the this Order on the affected financial institution by facsimile, and shall provide a copy of the Court's Order upon any identifiable persons holding any legal interest in the Property, including: Shih's estate and Know-All Group Limited, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure.

Dated this _____ day of August, 2008.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia