<table>
<tr><td>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</td><td>

**FILED**

</td></tr>
</table>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **FOR AND ON BEHALF OF THE** **GOVERNMENT OF NEW ZEALAND** | ) ) ) ) | **AUG 1 4 2008** |
| **Applicant,** | ) ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| **v.** | ) ) ) | **Misc. No.: 07-MC-270** |
| **ALL FUNDS HELD ON BEHALF OF LIANG** **HAN SHIH IN AN ACCOUNT IN THE NAME** **OF KNOW-ALL GROUP LIMITED AT** **FC STONE FOREX LLC, ACCOUNT NO.** **FCFX150** | ) ) ) ) ) ) ) | |
| **Respondent.** | ) ) | |

## ORDER

This matter having come before this Court on the *ex parte* application of the United States of America for an order vacating the previously issued restraining order, and

IT APPEARING TO THE COURT THAT:

1.      Liang Hahn Shih has died and his New Zealand criminal prosecution has terminated; and

2.      The New Zealand restraining order that formed the basis of this Court's June 27, 2007 restraining order expired on August 12, 2008;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      The June 27, 2007, Order of this Court restraining the assets of Liang Hahn Shih and Know-All Group Limited at FC Stone Forex LLC, Account No. FCFX150 is hereby vacated without prejudice; and

2.      The United States, may serve a copy of the this Order on the affected financial institution by facsimile, and shall provide a copy of the Court's Order upon any identifiable persons holding any legal interest in the Property, including: Shih's estate and Know-All Group Limited, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure.

Dated this __12__ day of August, 2008.

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia